# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAILONI DEANDRE MORRISON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81873

FILED

OCT 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
   DEPUTY CLERK

## ORDER DENYING PETITION FOR A
## WRIT OF MANDAMUS OR PROHIBITION

This original pro se petition for a writ of mandamus or prohibition appears to challenge petitioner's equal and consecutive sentence for the use of a deadly weapon. In this, petitioner argues that his sentence for the deadly weapon enhancement should be no more than one to twenty years.

A challenge to a judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance. *See* NRS 34.724; NRS 34.738; NRAP 22.

20 - 38998

Therefore, without deciding the merits of the claims raised herein, we determine that our intervention is not warranted, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_Pickering_____, C.J.
Pickering

_Hardesty_____, J.
Hardesty

_Silver_____, J.
Silver

cc:    Lailoni Deandre Morrison
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk